UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| CAL and NOR INC., CLIFTON HINDS,<br><br>                Plaintiffs,<br><br>    v.<br><br>WORLD SAVINGS BANK, FSB; WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION; US BANK NATIONAL ASSOCIATION as trustee for securitized trust WACHOVIA MORTGAGE LOAN TRUST SERIES 2006 ALT1; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, aka "MERS" and DOES 1 THROUGH 100, INCLUSIVE,<br><br>                Defendants. | Case No.:  2:11-cv-07849-JAK-AJW<br><br>**JUDGMENT OF DISMISSAL**<br><br>*[The Honorable John A. Kronstadt, District Judge, Courtroom 750]* |

On January 23, 2012, this Court entered an Order dismissing the present case, with prejudice, for Plaintiffs' failure to file an amended Complaint or retain counsel on behalf of Cal and Nor, Inc., in compliance with this Court's December 5, 2011 order.  Accordingly:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice, as to defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as World Savings Bank, FSB, and Wells Fargo Bank, N.A.).

2. Plaintiffs Cal & Nor, Inc. and Clifton Hinds shall take nothing from defendant Wells Fargo.

3. As the prevailing party, defendant Wells Fargo may submit motions to tax costs and to recover reasonable attorneys' fees.

IT IS SO ORDERED.

Dated:  February 8, 2012

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE